751 F.2d 385
 Lampe (Craig)
v.
Federal Communications Commission, Fowler (Mark S.), Ferris
(Charles), Wiley (Richard), Quello (James H.), Washburn
(Abbott), Fogarty (Joseph), Jones (Anne P.), Weyforth
(Mimi), Rivera (Henry), Harris (Laurence), Kelley (Charles),
Dziedzick (Charles), Yelverton (Steven), Golstein (Norman),
Belisle (Joseph), Freedman (William), Kreisman (Barbara),
Malickson (Jeffrey), Luton (Edward), Kuhlman (Edward),
Rosenberg (Joel), Lyddane (James)
 NO. 84-5007
 United States Court of Appeals,
sixth Circuit.
 NOV 19, 1984
 
 1
 Appeal From: M.D.Tenn.
 
 
 2
 AFFIRMED.